[No. 11523-5-I.   Division One.   October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. BEVERLY
ANN EASTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02538-9, Rosselle Pekelis, J., entered

March 18, 1982. *Dismissed* by unpublished per curiam opinion.